2

1  Law Offices of Farley & Kump, LLP
   Kary Kump, Bar No. 103335
2  570 Poli Street
   P.O. Box 2480
3  Ventura, CA 93002-2480
   (805) 585-1831
4  (805) 585-2220 FAX

5  Attorneys for Movant

6

7

8                  UNITED STATES BANKRUPTCY COURT

9                  EASTERN DISTRICT OF CALIFORNIA

10 In Re:
                              )  CASE NO. **09-60628**
11 **LUIS ALBERTO GALLARDO,** and **MAYRA** )  CHAPTER 7
   **GALLARDO,**                )  R.S. NO. KK-¼
12                             )
            Debtors.           )
13 ─────────────────────────   )  **MOTION FOR RELIEF FROM**
   **ONEWEST BANK, FSB, SUCCESSOR IN** )  **THE AUTOMATIC STAY**
14 **INTEREST TO INDYMAC BANK, FSB, A** )
   **FEDERALLY CHARTERED SAVINGS**  )
15 **BANK,**                    )
                              )  **HEARING DATE:**
16         Movant,            )  **DATE:** February 16, 2010
   vs.                        )  **TIME:** 1:30 p.m.
17                             )  **CTRM:** 11; 5th Floor; Dept. A
   **LUIS ALBERTO GALLARDO,** and **MAYRA** )
18 **GALLARDO,** and CHAPTER 7 TRUSTEE, )  2500 TULARE STREET
   **JAMES EDWARD SALVEN,**     )  FRESNO, CA 93721
19 ─────────────────────────   )
         Respondents.          )
20 ─────────────────────────

21 **TO THE HONORABLE WHITNEY RIMEL, UNITED STATES BANKRUPTCY COURT JUDGE,**

22 **THE DEBTOR, DEBTOR'S COUNSEL, THE TRUSTEE AND OTHER INTERESTED**

23 **PARTIES:**

24         **PLEASE TAKE NOTICE** that ONEWEST BANK, F.S.B., Successor in

25 Interest to INDYMAC BANK, F.S.B., a Federally Chartered Savings Bank

26 ("ONEWEST"), has filed the attached Motion For Relief From The

27 Automatic Stay (the "Motion") in the above-entitled and numbered

28 Chapter 7 case.

This Motion is based on the attached Declaration and the Memorandum of Points and Authorities attached hereto, as well as upon the documents filed in support of the Motion.

Dated: <u>December 15</u>, 2009    LAW OFFICES OF FARLEY & KUMP, LLP

KARY R. KUMP, ATTORNEY FOR
SECURED CREDITOR, ONEWEST BANK,
FSB SUCCESSOR IN INTEREST TO
INDYMAC BANK