FILED
June 02, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002675765

MARY ELLMANN TANG, ESQ. (SBN 154340)
LAW OFFICES OF MARY ELLMANN TANG
111 Deerwood Road, Suite 388
San Ramon, CA 94583
Telephone: (925) 855-8080
Facsimile: (925) 855-8090

Attorney for Movant
BANK OF THE WEST

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No. 09-60628-A-7<br>Chapter 7 |
| LUIS A. GALLARDO and<br>MAYRA GALLARDO, | D.C. No. MET-1 |
| Debtors.<br>_____/ | DECLARATION IN SUPPORT OF<br>MOTION FOR RELIEF FROM STAY AS<br>TO THE CHAPTER 7 TRUSTEE |
| | <u>Hearing</u><br>Date: June 23, 2010<br>Time: 1:30 p.m.<br>Dept: A |

I, BARBARA DERESPINI, declare as follows:

1. I am a Bankruptcy Supervisor with BANK OF THE WEST, the Movant herein.

2. In my capacity as a Bankruptcy Supervisor, I am one of the custodians of the books, records and files of Movant as those books, records and files pertain to the account described herein. I have personally worked on said books, records and files, and as to the following facts, I know them to be true of my own knowledge, or have gained knowledge of them from the business records of Movant, maintained in the ordinary course of business. If called upon to testify in this action as to the matters set forth in this Declaration, I could and would competently testify thereto.

3. On May 24, 2008, MAYRA GALLARDO, a Debtor herein, entered into a written Retail Installment Sale Contract ("Agreement") for the purchase of a 2006 Jay Flight 29

1
DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY AS TO THE CHAPTER 7 TRUSTEE

BHS Travel Trailer (the "trailer"). Attached hereto marked Exhibit "1" and incorporated herein by this reference is a true and correct copy of the Agreement.

4. The Agreement was subsequently assigned to Movant and Movant is now the legal owner and holder thereof. Thereafter, Movant perfected its lien in the trailer. Attached hereto marked Exhibit "2" and incorporated herein by this reference is a true and correct copy of the Lienholder Verification Report.

5. The 2006 Jay Flight 29 BHS Travel Trailer, Vehicle I.D. No. 1UJBJ02P867EN0644, is in the possession of the Debtors.

6. The books and records of Movant indicate that payments on the Agreement are delinquent for February 23, 2010 and all subsequent installments. Attached hereto marked Exhibit "3" and incorporated herein by this reference is a detailed breakdown of the post-petition payments received by Movant.

7. The books and records of Movant indicate that the trade-in value of the trailer is $10,225.00 according to the N.A.D.A. Appraisal Guide Printout. A true and correct copy of the relevant page of the N.A.D.A. Appraisal Guide Printout is attached hereto marked Exhibit "4" and incorporated herein by this reference.

8. The books and records of Movant indicate that the balance due on the Agreement is $15,618.25 as of May 25, 2010, with interest, late charges, and attorneys' fees accruing.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of June, 2010, at Walnut Creek, California.

*Barbara DeRespini*
BARBARA DERESPINI

BW4400.938

DECLARATION IN SUPPORT OF MOTION FOR RELIEF FROM STAY AS TO THE CHAPTER 7 TRUSTEE 2